969 So.2d 1165 (2007)
James ROSE, Appellant,
v.
NORTH AMERICAN VAN LINES and FWCIGA/Unisource, Appellees.
No. 1D06-6043.
District Court of Appeal of Florida, First District.
November 29, 2007.
Jay M. Levy of Jay M. Levy, P.A., Miami, for Appellant.
Damian H. Albert of Walton, Lantaff, Schroeder & Carson, LLP, Ft. Lauderdale, for Appellees.
PER CURIAM.
AFFIRMED. See Flamily v. City of Orlando, 924 So.2d 78, 80 (Fla. 1st DCA 2006), rev. granted 944 So.2d 344 (Fla. 2006) (No. SC06-847; restyled Sanders v. City of Orlando on August 20, 2007).
ALLEN, DAVIS, and BENTON, JJ., concur.